PER CURIAM.
 

 William Garrido appeals his conviction and sentence for second degree murder, alleging the trial court erred in the manslaughter instruction given to the jury. We affirm based on
 
 Figueroa v. State,
 
 77 So.3d 714, 2011 WL 5554830 (Fla. 3d DCA 2011). As we did in Figueroa, we certify conflict with the First District’s opinions in
 
 Noack v. State,
 
 61 So.3d 1208 (Fla. 1st DCA 2011),
 
 Pryor v. State,
 
 48 So.3d 159 (Fla. 1st DCA 2010), and
 
 Riesel v. State,
 
 48 So.3d 885 (Fla. 1st DCA 2010).
 

 Additionally, we certify the following question to the Florida Supreme Court as one of great public importance:
 

 IF A JURY RETURNS A VERDICT FINDING A DEFENDANT GUILTY OF SECOND-DEGREE MURDER IN A CASE WHERE THE EVIDENCE DOES NOT SUPPORT A THEORY OF CULPABLE NEGLIGENCE, DOES A TRIAL COURT COMMIT FUNDAMENTAL ERROR BY GIVING A FLAWED MANSLAUGHTER BY ACT INSTRUCTION WHEN IT ALSO GIVES AN INSTRUCTION ON MANSLAUGHTER BY CULPABLE NEGLIGENCE?
 

 Affirmed.